RAÚL R. LABRADOR
ATTORNEY GENERAL

RAFAEL A. ICAZA, #10912
Deputy Attorney General
Idaho Department of Labor
317 W. Main Street
Boise, Idaho 83735
Telephone: (208) 696-5615
Rafael.Icaza@labor.idaho.gov
Fax: (208) 334-6125

Attorneys for Department and Labor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | ) |
| COMERAN TILEH, | ) Case No. 23-20267-BPH |
| Debtor. | ) Adversary No. 23-07008-BPH |
| STATE OF IDAHO, DEPARTMENT OF LABOR, | ) **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | ) |
| vs. | ) |
| COMERAN TILEH, | ) |
| Defendant. | ) |

COMES NOW Plaintiff, the Idaho Department of Labor (the Department), by and through its attorney, Rafael A. Icaza, Deputy Attorney General, pursuant to Rule 56 of the Federal

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

Rules of Civil Procedure, made applicable by Rule 7056 of the Federal Rules of Bankruptcy Procedure and modified by L.B.R. 7056-1, and moves this Court for entry of summary judgment.

Summary judgment is appropriate because there are no genuine disputes as to the material facts and the Department is entitled to judgment as a matter of law on the following issue:

That Defendant Comeran Tileh willfully made false statements or failed to report material facts on his claim for unemployment benefits to the Department in violation of Idaho Code § 72-1366(12), as determined by the Department in its October 5, 2022, *Personal Eligibility Determination Unemployment Benefits,* and owes a debt to the Department as determined in its *Overpayment Determination* also issued on October 5, 2022, which is an undischargeable debt under 11 USCA § 523(a)(2)(A).

This Motion is supported by the *Declaration of Carrie Hale*, the *Declaration of Rafael A. Icaza*, the *Statement of Undisputed Facts*, and the *Memorandum in Support of Plaintiff's Motion for Summary Judgment*, being filed concurrently.

DATED this 10th day of June, 2024.

/s/  Rafael A. Icaza
Rafael A. Icaza
Deputy Attorney General
Idaho Department of Labor

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2

## CERTIFICATE OF SERVICE

I certify that on June 10, 2024, I served or caused to be served the Plaintiff's Motion for Summary Judgment on the following via First Class mail, prepaid.

Comeran Tileh
1106 E. 3rd St., Apt. 201
Moscow, ID 83843-3433

/s/ Annette Krause
Annette Krause
Legal Assistant

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 3